**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  05-cv-01855-REB-OES

SUNTERRA CORPORATION, a Maryland corporation,

      Plaintiff,

v.

RCI TECHNOLOGY CORPORATION, a Colorado corporation,

      Defendant.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

On October 21, 2005, the parties filed a **Stipulation for Dismissal With Prejudice** [#37].  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Stipulation for Dismissal With Prejudice** [#37], filed on October 21, 2005, is **APPROVED**; and

2.  That this action is **DISMISSED WITH PREJUDICE**; each party shall pay its own attorney fees and costs.

Dated October 24, 2005, at Denver, Colorado.

                BY THE COURT:


                s/ Robert E. Blackburn
                Robert E. Blackburn
                United States District Judge