IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 05-cv-01855-REB-BNB

SUNTERRA CORPORATION, a Maryland corporation,

    Plaintiff,

v.

RCI TECHNOLOGY CORPORATION, a Colorado corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter comes before the court on the **Stipulation for Dismissal With Prejudice** [#25], filed November 6, 2006.  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulation for Dismissal With Prejudice** [#25], filed November 6, 2006, is **APPROVED**;

    2.  That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

    3.  That the Trial Preparation Conference set for February 23, 2007, is **VACATED**; and

4.  That the trial to court set to commence February 26, 2007, is **VACATED**.

Dated November 7, 2006, at Denver, Colorado.

>                          **BY THE COURT:**
>
>                          **s/ Robert E. Blackburn**
>                          **Robert E. Blackburn**
>                          **United States District Judge**